**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-4410**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES T. RUSSELL, JR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.
(CR-98-483-DKC)

---

Submitted:  January 28, 2000     Decided:  February 11, 2000

---

Before MURNAGHAN and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James Wyda, Federal Public Defender, Beth M. Farber, Chief Assistant Federal Public Defender, Baltimore, Maryland, for Appellant. Lynne A. Battaglia, United States Attorney, Gina L. Simms, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM

Charles T. Russell appeals his conviction and 292 month sentence following his guilty plea to possession with intent to distribute crack cocaine in violation of 21 U.S.C. § 841(a)(1) (1994). Russell asserts that the district court erred in denying his motion to suppress evidence discovered following an encounter between Russell and police officers while he sat in his car in a parking lot.

Our review of the record discloses that the district court properly concluded the encounter was consensual. See United States v. Gray, 883 F.2d 320, 322-23 (4th Cir. 1989). Because we agree with the district court that there was no seizure, all evidence recovered subsequent to the encounter was admissible. The court therefore properly denied Russell's motion to suppress the evidence.

Accordingly, we affirm Russell's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument could not aid the decisional process.

AFFIRMED

2